JAMES L. STEWART, Respondent, *v.* MEDAD T. MORSS, Appellant.

To sustain an exception to the refusal of a referee, to find facts as requested, it is incumbent upon the party to show that the material facts, so requested to be found, were established by uncontroverted evidence, and that if found they would have affected the result.

No question can be raised in this court, upon a matter of fact, in a case tried by a referee, as to which no facts were found by the referee, or requested to be found.

(Argued December 8, 1879; decided January 13, 1880.)

THIS was an action by an attorney to recover for professional services. Defendant set up, by way of counter-claim, neglect on the part of plaintiff resulting in damage. As to one of the matters so alleged, defendant requested the referee to find certain facts, the testimony was conflicting as to the material fact, the referee refused to find as requested, and defendant excepted. As to another matter, no facts were found, or requested to be found. *Held* as above.

*Samuel Hand* for appellant.

*A. Schoonmaker* for respondent.

All concur.
Judgment affirmed.